JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE DELAPAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>1820 CATALINA LLC; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:21-cv-09267-MWF (JCx)<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

    Based on the request from Plaintiff and for good cause shown:

    IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until June 05, 2022 for Plaintiff to dismiss the entire action with prejudice.

    IT IS SO ORDERED.

Dated: May 6, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

1
ORDER